UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LEONARD W. HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:10-cv-00199-JAW |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 29, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be VACATED and the case REMANDED for further proceedings.

        /s/ John A. Woodcock, Jr.
        JOHN A. WOODCOCK, JR.
        CHIEF UNITED STATES DISTRICT JUDGE

Dated this 18th day of April, 2011